United States Bankruptcy Court
Eastern District of California

In re: Colton Scott Paulhus

Case No.

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/09/2024 10/11/2024

/s/ Colton Scott Paulhus
Signature of Debtor

Signature of Joint Debtor

America First Credit U

1344 W 4675 S

Riverdale, UT 84405

American Contractors Surety Company

801 S Figueroa St

Suite 700

Los Angeles, CA 90017

Amex

P.O. Box 7871

Fort Lauderdale, FL 33329

Frd Motor Cr

Pob 542000

Omaha, NE 68154

Freedom Mtg

951 W Yamato Rd, Suite 175

Boca Raton, FL 33431

Gm Financial

4001 Embarcadaro

Arlington, TX 76014

Nstar/Cooper

350 Highland Drive

Lewisville, TX 75067

Payyourren

8383 Wilshire Blvd Ste. 906

Beverly Hills, CA 90211

Sst

7841 Rolling Rd Ste D

Springfield, VA 22153

The Girvin Revocable Trust

Patricia K. Girvin

9566 Sun Poppy Way

El Dorado Hills, CA 95762

U.S. Small Business Administration

Attn: District Counsel

455 Market Street, Ste. 600

San Francisco, CA 94105

Upstart Netw

Po Box 61203

Palo Alto, CA 94306