**Fill in this information to identify your case:**

Debtor 1    Colton Scott Paulhus
_____
First Name          Middle Name          Last Name

Debtor 2    _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Eastern District of California
                                                              (State)

Case number  24-24588
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent.........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 3 | ☐ No ☑ Yes |
| daughter | 5 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 3,000.00 |
|  | If not included in line 4: |  |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 20.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

|  | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $_____0.00_

6. **Utilities:**

   6a. Electricity, heat, natural gas    6a. $_____300.00_

   6b. Water, sewer, garbage collection    6b. $_____45.00_

   6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $_____525.00_

   6d. Other. Specify: _____    6d. $_____0.00_

7. **Food and housekeeping supplies**    7. $_____1,500.00_

8. **Childcare and children's education costs**    8. $_____0.00_

9. **Clothing, laundry, and dry cleaning**    9. $_____20.00_

10. **Personal care products and services**    10. $_____325.00_

11. **Medical and dental expenses**    11. $_____100.00_

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $_____300.00_

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $_____20.00_

14. **Charitable contributions and religious donations**    14. $_____0.00_

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance    15a. $_____0.00_

   15b. Health insurance    15b. $_____324.00_

   15c. Vehicle insurance    15c. $_____450.00_

   15d. Other insurance. Specify:_____    15d. $_____0.00_

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $_____0.00_

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1    17a. $_____1,510.00_

   17b. Car payments for Vehicle 2    17b. $_____0.00_

   17c. Other. Specify:_____    17c. $_____0.00_

   17d. Other. Specify:_____    17d. $_____0.00_

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $_____0.00_

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19. $_____0.00_

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a. Mortgages on other property    20a. $_____0.00_

   20b. Real estate taxes    20b. $_____0.00_

   20c. Property, homeowner's, or renter's insurance    20c. $_____0.00_

   20d. Maintenance, repair, and upkeep expenses    20d. $_____0.00_

   20e. Homeowner's association or condominium dues    20e. $_____0.00_

21. **Other**. Specify: diapers, children's expenses

21. +$    300.00

+$

+$

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22a. $    8,739.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a

22b. $

and 22b. The result is your monthly expenses.

22c. $    8,739.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a. $    0.00

23b. Copy your monthly expenses from line 22c above.

23b. – $    8,739.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*

23c. $    -8,739.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: