Filed 10/30/24 · Case 24-24588 · Doc 15

5

J. RUSSELL CUNNINGHAM, SBN 130578
TALVINDER S. BAMBHRA, SBN 230907
BENJAMIN C. TAGERT, SBN 330242
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Proposed Attorneys for Loris L. Bakken
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>COLTON SCOTT PAULHUS,<br><br>Debtor. | Case No. 24-24588-B-7<br>Chapter 7<br><br>DNL-1 |

**EXHIBIT IN SUPPORT OF APPLICATION TO EMPLOY DESMOND, NOLAN, LIVAICH & CUNNINGHAM PURSUANT TO AN HOURLY FEE AGREEMENT**

Attorney J. Russell Cunningham submits the following exhibit in support of the Application to Employ Desmond, Nolan, Livaich & Cunningham pursuant to an hourly fee agreement:

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---|---|---|
| A | Hourly Fee Agreement for Legal Services | 2 – 5 |

Dated: October 24, 2024         **DESMOND, NOLAN, LIVAICH, & CUNNINGHAM**
                        By: /s/ J. RUSSELL CUNNINGHAM
                            **J. RUSSELL CUNNINGHAM**
                            Proposed Attorneys for Loris L. Bakken
                            Chapter 7 Trustee

1

**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California
Telephone: (916) 443-2051 | Facsimile (916) 443-2651

## AGREEMENT FOR LEGAL SERVICES

This agreement is made on October 29, 2024, at Sacramento, California. The parties are DESMOND, NOLAN, LIVAICH & CUNNINGHAM, referred to as "we" or "us," and Loris L. Bakken, solely in your capacity as trustee for the bankruptcy estate of Colton Scott Paulhus referenced below, referred to as "you" and "your."

By this agreement, you hire us, and we accept, employment as your attorneys to represent you in *In re Colton Scott Paulhus*, E.D. Cal. Bankruptcy Case #24-24588-B-7, on the following terms. You are hiring our law firm, and not a particular attorney in our law firm. The attorney services to be provided will not necessarily be performed by any particular attorney in our firm. This agreement and allowance and payment of compensation under this agreement are subject to approval by the bankruptcy court. You shall have no personal liability for any of the estate's obligations under this agreement.

1.  You agree to pay us a fee for legal services we perform for you or on your behalf as follows:

    __XX__ HOURLY FEE: You will be charged the prevailing hourly rate of each attorney performing services in your matter. The current rates being charged are set forth on the chart which is attached to and a part of this agreement as Exhibit "A".

    _____ CONTINGENT FEE: From the gross recovery, you will be charged a contingent fee of 25% before litigation is commenced, 33% thereafter through 30 days before trial and 40% thereafter inclusive of appeals. Costs shall be reimbursed from your share of the recovery.

    _____ HYBRID FEE: An HOURLY FEE for all services, except for _____, for which you will be charged a CONTINGENT FEE.

    _____ FIXED FEE: $_____ for all services.

2.  You agree to pay all the costs necessary for the establishment and continuation of your case. These costs may include, but are not limited to court costs, costs of process service, accountancy fees, appraisal fees, expert witness fees, deposition costs, and transportation costs,

- 1 -

including mileage and parking. We may advance costs for you or on your behalf. If we do, you agree to reimburse us upon demand.

3. Our fees, costs and expenses are due and payable when we present you with a billing statement. We will bill you monthly, generally by the 20th of the month after the services are performed.

4. If attorneys' fees or costs are awarded to you or us and are ordered to be paid by the adverse party, your account will be credited with payment for any such fees or costs actually paid. You understand and agree that we do not have a duty to attempt to collect fees or costs from any adverse party, even after an award of such fees or costs has been made to you or us, without charging you for the time we spend to attempt collection. You acknowledge this understanding by initialing here. (_JR_) (____)

5. If your engagement includes a litigation matter, it is possible that it will involve electronic discovery. Under California and federal law, the obligation to provide discovery of electronic information carries with it the obligation to preserve such information. Failure to preserve all electronic and paper information that is later determined to be of potential importance to pending or threatened litigation can result in a range of sanctions, including, in extreme cases, the sanction of an adverse judgment. This evidence may also turn out to be critical to your ability to prove facts that support your position in the case or disprove facts that the opposing party offers. Many electronic document storage systems contain programs that automatically overwrite or delete data. It is therefore important that you take appropriate steps to ensure that all information and electronic data that may be relevant is not lost, deleted, or destroyed. As such, we recommend that normal document management policies, or automatic purging of electronic records, be suspended as to the matters at issue in any pending or threatened litigation until the matter is concluded. Please contact me for our fee schedule for assistance with collecting and processing electronically stored information as needed in your matter.

6. Unless you specifically direct us otherwise, we may use cell phones, e-mail and facsimile machines in the course of this engagement. Our e-mail and facsimile transmissions may not be encrypted so the use of such forms of communication under current technologies may place confidential or privileged information at risk. Similarly, the use of cell phones may place confidential or privileged information at risk. By initialing below, you consent to our use of these forms of communication. (_JR_) (____)

7. We may withdraw at any time as permitted under the Rules of Professional Conduct of the State Bar of California. If we withdraw, you remain obligated to pay us at the agreed rates for all services we have provided, and to reimburse us for all costs we advanced before the withdrawal.

Filed 10/30/24

8. Although we may offer an opinion about possible results regarding the subject matter of this agreement, we cannot guarantee any particular result. You acknowledge that we have made no promises about the outcome and that any opinion offered by us in the future will not be a guaranty.

9. We carry legal malpractice insurance which applies to the services to be rendered under this agreement.

10. This agreement is an integrated agreement. If any part of it is found to be void, invalid or unenforceable, that finding does not invalidate any other part(s) of the agreement.

11. By signing below, you certify that you have read this agreement entirely, you have discussed it with us, you understand it and you are satisfied with the terms.

ATTORNEYS:

**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By: /s/ J. RUSSELL CUNNINGHAM
    **J. RUSSELL CUNNINGHAM**

CLIENTS:

**BANKRUPTCY ESTATE OF COLTON SCOTT PAULHUS**

By: _____
    **LORIS L. BAKKEN**
    **Chapter 7 Trustee**

- 3 -

## EXHIBIT "A"

### Attorney Time

The time of the attorneys will be billed according to their experience and expertise and will range from $190 to $600 per hour.

### Legal Assistant Time

The rate for work done by a legal assistant (paralegal) will be $95 per hour.

### Law Clerk Time

The rate for work done by a law clerk will be $100 per hour.

### Secretarial Time for Originating Work

The rate for work done by a secretary will be $45 per hour. Please note, secretarial time will only be billed for work originated by a secretary.

### Expenses and Advances

The rates we charge for expense items for which you will be billed are:

    Photocopying:         $0.10 per page
    Facsimiles (FAX):     $0.20 per page for documents received by FAX

Mileage is charged for actual mileage incurred door-to-door at the rate of $0.670 per mile, and parking is charged at actual cost.

Court filing fees, fees for service of process, witness fees and other fees charged to us by outside providers and contractors are charged at their actual costs to Attorneys.