3

**J. RUSSELL CUNNINGHAM, SBN 130578**
**TALVINDER S. BAMBHRA, SBN 230907**
**BENJAMIN C. TAGERT, SBN 330242**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Loris L. Bakken
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

In re:

COLTON SCOTT PAULHUS,

Debtor.

Case No. 24-24588-B-7
Chapter 7

DNL-4

## APPLICATION FOR AUTHORITY TO ISSUE FRBP 2004 DISCOVERY

Loris L. Bakken ("Trustee"), in her capacity as the Chapter 7 trustee for the above-captioned estate, hereby applies for applies for an order authorizing issuance of discovery per Federal Rule of Bankruptcy Procedure 2004 ("FRBP 2004") to the following individuals and entities (collectively, "Respondents"):

| |
|---|
| COLTON PAULHUS ("Debtor") |
| AUSTIN PAULHUS ("Austin") |
| SHYLIA PAULHUS ("Shylia") |
| LYNETTE PAULHUS ("Lynette") |
| SCOTT PAULHUS ("Scott") |
| THE ESTATE OF CAROLYN CONNER-KNUDSON ("Carolyn") |
| THOMAS WINSLOW ("Thomas") |
| THE GOLDEN 1 CREDIT UNION ("Golden 1") |

1

| |
|---|
| U.S. BANK ("US Bank") |
| AMERICAN EXPRESS ("AMEX") |
| BANK OF AMERICA ("BofA") |
| COMMUNITY WEST BANK ("CWB") |
| BMO BANK, N.A. ("BMO") |
| PATRICIA GIRVIN ("Girvin") |
| GIRVIN TRUST ("Girvin Trust") |
| GOOGLE, LLC ("Google") |
| MISSION IT ("Mission") |
| BUILD.COM ("Build") |
| FERGUSON ENTERPRISES, LLC ("Ferguson") |
| U.S. SMALL BUSINESS ADMINISTRATION ("SBA") |
| AMERICAN CONTRACTORS INDEMNITY COMPANY ("ACIC") |
| ANCHORED SOLAR, LLC ("ASL") |
| ANCHORED TINY HOMES, INC. ("ATH INC") |
| ANCHORED TINY HOMES FRANCHISING ("ATH Franchising") |

In support thereof, the Trustee respectfully submits the following:

## BACKGROUND FACTS

1. On October 11, 2024, the above-captioned bankruptcy case was commenced on behalf of the Debtor by the filing of a voluntary Chapter 7 petition ("Petition"), schedules ("Schedules") and statement of financial affairs ("SOFA").

2. The Debtor is an individual married to Shylia, who did not join in the Petition.

3. Carolyn and Thomas are Shylia's parents.

4. The Debtor's brother, Austin, is the debtor in a Chapter 7 case commenced by voluntary petition filed on September 30, 2024, as Bankr. E.D. CA Case No. 24-24383-B-7.

5. The Debtor and Austin are adult children of Scott and Lynette.

6. The Debtor, Austin, and Scott are the principals of ASL, ATH INC, and ATH Franchising, a shuttered homebuilding business at the center of seven lawsuits disclosed in the SOFA.

7. Financial accounts at Golden 1 and US Bank were disclosed in the Schedules.

8. Additional financial accounts with AMEX, BofA, CWB, and BMO were disclosed during the meetings of creditors conducted for Austin and the Debtor on October 28, November 18, and November 21, 2024.

///

9. The Schedules disclosed obligations to the SBA and ACIC, as well as the Girvin Trust, payments of which have been made through Girvin.

10. The Debtor has disclosed that ATH INC and its affiliates used Microsoft, Google, Misson, and Build (since merged with Ferguson) to manage the businesses and maintain its records.

**BASIS FOR RELIEF**

Pursuant to, and to the extent allowed by, FRBP 2004, the Trustee seeks authority to issue discovery to the Respondents. Based on the above, an order authorizing the discovery is proper under FRBP 2004 because such discovery relates to the acts, conduct, and property of the Debtor and the bankruptcy estate and affects the administration of the estate. The order will help the Trustee to identify assets and evaluate litigation rights, to include potential breach of fiduciary duty and transfer avoidance claims.

Dated: December 5, 2024   **DESMOND, NOLAN, LIVAICH, & CUNNINGHAM**

By: /s/ BENJAMIN C. TAGERT
**BENJAMIN C. TAGERT**
Attorneys for Loris L. Bakken
Chapter 7 Trustee