3

J. RUSSELL CUNNINGHAM, SBN 130578
TALVINDER S. BAMBHRA, SBN 230907
BENJAMIN C. TAGERT, SBN 330242
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Loris L. Bakken
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>COLTON SCOTT PAULHUS,<br><br>Debtor. | Case No. 24-24588-B-7<br>Chapter 7<br><br>DNL-4 |

### DECLARATION OF LORIS L. BAKKEN IN SUPPORT OF APPLICATION FOR AUTHORITY TO ISSUE FRBP 2004 DISCOVERY

I, Loris L. Bakken, declare that:

1. I am the duly appointed trustee for the above-captioned bankruptcy estate. If called as a witness, I could and would competently testify to the matters set forth in this declaration from my own personal knowledge, unless otherwise stated.

2. By this application, I seek authority to issue discovery to the following individuals and entities (collectively, "Respondents"):

| |
|---|
| COLTON PAULHUS ("Debtor") |
| AUSTIN PAULHUS ("Austin") |
| SHYLIA PAULHUS ("Shylia") |
| LYNETTE PAULHUS ("Lynette") |

1

| |
|---|
| SCOTT PAULHUS ("Scott") |
| THE ESTATE OF CAROLYN CONNER-KNUDSON ("Carolyn") |
| THOMAS WINSLOW ("Thomas") |
| THE GOLDEN 1 CREDIT UNION ("Golden 1") |
| U.S. BANK ("US Bank") |
| AMERICAN EXPRESS ("AMEX") |
| BANK OF AMERICA ("BofA") |
| COMMUNITY WEST BANK ("CWB") |
| BMO BANK, N.A. ("BMO") |
| PATRICIA GIRVIN ("Girvin") |
| GIRVIN TRUST ("Girvin Trust") |
| GOOGLE, LLC ("Google") |
| MISSION IT ("Mission") |
| BUILD.COM ("Build") |
| FERGUSON ENTERPRISES, LLC ("Ferguson") |
| U.S. SMALL BUSINESS ADMINISTRATION ("SBA") |
| AMERICAN CONTRACTORS INDEMNITY COMPANY ("ACIC") |
| ANCHORED SOLAR, LLC ("ASL") |
| ANCHORED TINY HOMES, INC. ("ATH INC") |
| ANCHORED TINY HOMES FRANCHISING ("ATH Franchising") |

3. On October 11, 2024, the above-captioned bankruptcy case was commenced on behalf of the Debtor by the filing of a voluntary Chapter 7 petition ("Petition"), schedules ("Schedules") and statement of financial affairs ("SOFA").

4. The Debtor is an individual who has informed me that he is married to Shylia, who did not join in the Petition.

5. Reviewing public records and insurance documentation produced by the Debtor, I am informed that Carolyn and Thomas are Shylia's parents.

6. The Debtor's brother, Austin, is the debtor in a Chapter 7 case commenced by voluntary petition filed on September 30, 2024, as Bankr. E.D. CA Case No. 24-24383-B-7.

7. I am informed by the Debtor that he and Austin are adult children of Scott and Lynette.

8. The Debtor, Austin and Scott are the principals of ASL, ATH INC and ATH Franchising, a shuttered homebuilding business at the center of 7 lawsuits disclosed in the SOFA.

9. Financial accounts at Golden 1 and US Bank were disclosed in the Schedules.

10. Additional financial accounts with AMEX, BofA, CWB, and BMO were disclosed during the meetings of creditors conducted for Austin and the Debtor on October 28, November 18, and November 21, 2024.

11. The Schedules disclosed obligations to the SBA and ACIC, as well as the Girvin Trust, payments of which have been made through Girvin.

12. The Debtor has disclosed that ATH INC and its affiliates used Microsoft, Google, Misson, and Build (since merged with Ferguson) to manage the businesses and maintain its records.

13. It is my view that the proposed discovery relates to the acts, conduct, and property of the Debtor and the bankruptcy estate and affects the administration of the estate.

14. It is also my view that the proposed discovery will help me identify assets and evaluate litigation rights, to include potential breach of fiduciary duty and transfer avoidance claims.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 4, 2024 at Lodi, California.

_____
LORIS L. BAKKEN