4
EDMUND GEE, State Bar No. 178627
Assistant United States Trustee
JASON BLUMBERG, State Bar No. 330150
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Email: jason.blumberg@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 24-24588-B-7 |
| | DC No.: UST-1 |
| COLTON SCOTT PAULHUS, | |
| | Date: February 25, 2025 |
| | Time: 9:30 a.m. |
| | Dept.: B |
| Debtor. | Courtroom: 32 |
| _____/ | |

**MOTION OF THE UNITED STATES TRUSTEE FOR EXTENSION OF TIME FOR FILING (I) AN OBJECTION TO DEBTOR'S DISCHARGE, AND (II) A MOTION TO DISMISS UNDER 11 U.S.C. § 707(b)**

Tracy Hope Davis, the United States Trustee for Region 17 (the "UST"), by and through her undersigned counsel, hereby moves (the "Motion") the Court for an order extending the UST's deadline for (i) objecting to the Debtor's discharge under 11 U.S.C. § 727 to **April 21, 2025**, and (ii) filing a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3) to **April 21, 2025**.

## I. FACTUAL BACKGROUND

1. On October 11, 2024 (the "Petition Date"), the Debtor filed the above-captioned chapter 7 bankruptcy case. See ECF No. 1.

2. On the Petition Date, Loris L. Bakken (the "Trustee") was appointed as the Chapter 7 trustee in this case. See ECF No. 5.

3. The first date set for the meeting of creditors under 11 U.S.C. § 341(a) in this case was November 19, 2024 (the "341 Meeting"). See ECF No. 13. The 341 Meeting has been continued to November 25, 2024, December 17, 2024, and January 31, 2025. See docket generally.

4. On or about January 15, 2025, the Debtor and the Trustee stipulated to extend the Trustee's deadline to object to the Debtor's discharge to April 21, 2025. See ECF No. 68 (the "Stipulation").

5. As stated in the Stipulation, "the Debtor has not supplied all documents, including personal and business tax returns, as requested by the Trustee in connection with the meeting of creditors, which has not yet been concluded. The Trustee has also received information suggesting the Debtor and other principals of Anchored Tiny Homes, Inc., and various affiliated entities … engaged in wrongdoing by way of their management of same." See Stipulation, at ¶ 3.

6. On January 16, 2025, the Court extended the Trustee's deadline to object to the Debtor's discharge to April 21, 2025. See ECF No. 70.

7. The UST is investigating whether it is appropriate to file (i) a motion to dismiss this case for abuse pursuant to 11 U.S.C. § 707(b), or (ii) an objection to discharge pursuant to 11 U.S.C. § 727.

8. The deadline for the UST to file a motion to dismiss this case for abuse pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or an adversary complaint to deny discharge under 11 U.S.C. § 727 expires on January 21, 2025. See ECF No. 13.

## II.     AUTHORITIES & DISCUSSION

9. Federal Rule of Bankruptcy Procedure 1017(e)(2) states that "a motion to dismiss a case for abuse under § 707(b) or (c) must be filed within 60 days after the first date set for the meeting of creditors under § 341(a). On request made within the 60-day period, <u>the court may, for cause, extend the time to file</u>." <u>See</u> Fed. R. Bankr. P. 1017(e)(2) (emphasis added).

10. Similarly, Fed. R. Bankr. P. 4004(a)(1) provides that a complaint objecting to a debtor's discharge under 11 U.S.C. § 727(a) must be filed not later than 60 days following the first date set for the meeting of creditors. The court may extend for cause the time for filing a complaint objecting to discharge so long as the motion is made before such time has expired. <u>See</u> Fed. R. Bankr. Proc. 4004(b)(1).

11. Good cause exists to extend the time for the UST to move to dismiss this case under 11 U.S.C. § 707(b) or object to discharge under 11 U.S.C. § 727, based on the concerns identified in the Debtor's Stipulation with the Trustee. Pursuant to the Stipulation, the Court has already extended the Trustee's deadline to object to the Debtor's discharge to April 21, 2025. <u>See</u> ¶¶ 5-6, <u>supra</u>.

12. An extension of time is needed to allow the UST time to complete her investigation with respect to this case.

///

///

///

## III. CONCLUSION

WHEREFORE, the UST respectfully requests that the Court enter an Order extending the UST's deadline for (i) objecting to the Debtor's discharge under 11 U.S.C. § 727 up to and including **April 21, 2025**, and (ii) filing a motion to dismiss under 11 U.S.C. § 707(b)(1) and (3) up to and including **April 21, 2025**.

Dated: January 21, 2025

        Respectfully submitted,

        TRACY HOPE DAVIS,
        UNITED STATES TRUSTEE

        By:/s/ Jason Blumberg
        JASON BLUMBERG
        Trial Attorney for the United States Trustee