United States Bankruptcy Court

Eastern District of California

In re:                                                                                   Case No. 24-24588-B
Colton Scott Paulhus                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2                        User: auto                        Page 1 of 4
Date Rcvd: Feb 24, 2025                Form ID: L53                    Total Noticed: 109

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colton Scott Paulhus, PO Box 15017, Turnwater, WA 98511-5017 |
| aty | + | Mehrdaud Jafarnia, 411 Ivy Street, San Diego, CA 92101-2108 |
| aty | + | Michelle Reynolds, THE Legal Advocate, 110 Cognac Circle, 95835, Sacramento, CA 95835-2035 |
| cr | + | Steven Sonza, 7200 Roxanne Ln, Rohnert Park, CA 94928-2958 |
| 23900620 | + | Aaron Anderson, 6420 Woodridge Ct., Citrus Heights, CA 95621-6126 |
| 23898961 | + | Alan Miller, 658 Arimo Ave, Oakland, CA 94610-1106 |
| 23839466 | + | American Contractors Surety Company, 801 S Figueroa St, Suite 700, Los Angeles CA 90017-2523 |
| 23899847 | + | Anju Shrestha, 22660 Byron Street, Hayward, CA 94541-3425 |
| 23895527 | + | Anthony Lok, 951 Delmas Ave, San Jose CA 95125-1631 |
| 23898976 | + | Antinette Ornelas, 951 Chenault Way, Hayward, CA 94541-7203 |
| 23876463 | + | Bradley Sundt, 225 Milliken Street APT 7401, Spartanburg, SC 29307-6620 |
| 23867363 | + | Brian and Maria Rogers, 1403 Trull Pl, Monroe, NC 28110-8905 |
| 23901739 | + | Carol Lisenbe, 4321 paradise dr, Carmichael, CA 95608-2037 |
| 23898214 | + | Chris Stanton, 5536 Sienna Hills Way, Antelope, CA 95843-3709 |
| 23893225 | + | Christina M. Henderson, 313 New Leaf Loop, Summerville, SC 29486-8412 |
| 23868932 | + | Coffey Companies, LLC, 5931 Rain Dance Trail, Littleton, CO 80125-9095 |
| 23893343 | + | Connie Lim, 1359 Vine St., San Jose, CA 95110-3345 |
| 23898876 | + | Connie Perez-English, 2527 Oakes Drive, Hayward, CA 94542-1223 |
| 23878995 | + | Crystal Forbes, 614 n merrimac st, WEATHERFORD, TX 76086-2322 |
| 23871641 | + | DA Tiny Homes, Inc., 1522 Frontier Valley Dr, Austin, TX 78741-5301 |
| 23892502 | | DOUGLAS LEE WASHBURN, 3637 COUNTRYWOOD CT, SAN JOSE, CA 95130-1307 |
| 23872272 | + | DRW Wholesale LLC, 2793 E 1190 S, Saint George, UT 84790-8668 |
| 23893193 | + | Daniel & Josie DeLeon, 8317 Polo Crosse Ave., Sacramento, CA 95829-6533 |
| 23885305 | + | Dat Vu, 876 N 5th St, San Jose, CA 95112-5020 |
| 23899848 | + | Dave Shefferman, 938 Horn Ave, Glen Ellen, CA 95442-9325 |
| 23899842 | + | David Sousa, 1228 Oxton Drive, San Jose, CA 95121-2246 |
| 23895492 | + | Denise Pickering, 2414 Rustic Lane, Lincoln, Calif 95648, CA 95648-9601 |
| 23898962 | + | Dennis and Carolyn Wong, 12720 Rimfire Drive, Wilton, CA 95693-9232 |
| 23860098 | + | Devon Lee, 119 N 2nd St, Mt Horeb, WI 53572-1762 |
| 23901743 | + | Donald VanWinkle, 114 Snow Bar Ct, Folsom, CA 95630-4871 |
| 23899915 | + | Eileen and Terrence Horton, 2039 Radcliffe Ct, Martinez, CA 94553-5339 |
| 23915659 | + | Erik Dean, 3444 1st Ave, Sacramento, CA 95817-2015 |
| 23853093 | + | Frank N. White, Arnall Golden Gregory LLP, 171 17th Street NW, Suite 2100, Atlanta, GA 30363-1031 |
| 23898994 | + | Frederick Choo, 221 Laurel Ave, Millbrae, CA 94030-2327 |
| 23839469 | + | Freedom Mtg, 951 W Yamato Rd Suite 175, Boca Raton FL 33431-4444 |
| 23900619 | | Gary D Howell, Dartmore Howell, Folsom, CA 95630 |
| 23870695 | + | HCS, INC, 409 WESTBROOK DRIVE NW, CLEVELAND, TN 37312-6482 |
| 23899844 | + | Heidi Galbraith, 974 Neilson St, Albany, CA 94706-2141 |
| 23853094 | + | Intuit, Inc., c/o Frank N. White, Esq., Arnall Golden Gregory LLP, 171 17th Street NW, Suite 2100, Atlana, GA 30363-1031 |
| 23897174 | | Jackie Madison, 1306 Chase Street, Novato, CA 94945-2520 |
| 23901899 | + | Jannice Caballero, 2232 Santa Maria Drive, PITTSBURG, CA 94565-4355 |
| 23853022 | + | Jeanne Carroll, P.O. Box 151, Hood, CA 95639-0151 |
| 23861815 | + | Jeff Samuelson, 200 S Wilcox St, #301, Castle Rock, CO 80104-1913 |
| 23900621 | + | John and Amelia Castelli, 1160 Nogales Street, Lafayette, CA 94549-3246 |
| 23901750 | + | Jose T Lara, 8116 SHANGRILA DR, Fair Oaks, CA 95628-6029 |

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 23893309 | + | Karen Baur, 3970 Clover Valley Road, Rocklin, CA 95677-1508 |
| 23875540 | | Kate Dunham, 1342 Derby Street, Berkeley, CA 94702-2309 |
| 23847140 | | Katie Lucas, San Leandro, CA 94578 |
| 23901731 | + | Kerry Young, 5020 Arrowhead ct, Antioch, CA 94531-8496 |
| 23879798 | + | Kinstruct Services LLC, 34 Morrison Rd, Windham, NH 03087-1217 |
| 23837914 | + | Lara Zanzucchi, 2521 Leslie Ave, Martinez, CA 94553-3341 |
| 23903506 | + | Linda Shalean Shood, 404 Rivage Circle, Folsom, CA 95630-5602 |
| 23837862 | | Linda Tamburri, 168 Copper Knoll Way, Oakley, CA 94561-1770 |
| 23899846 | + | Lucinda Scott, 7729 Nelson Ln, CITRUS HTS, CA 95610-3910 |
| 23899905 | + | MAYBERRY WORKSHOP, LLC, 231 D St. Ste. A, Davis, CA 95616-4500 |
| 23901746 | + | Mackenzie Eells, 360 Silberhorn Drive, Folsom, CA 95630-6851 |
| 23868915 | + | Marc Cousins, 12258 Clapboard Bluff Trail, jacksonville, FL 32226-3410 |
| 23860156 | + | Marcus K Madison, 8217 White Chapel Court, Brentwood, TN 37027-6721 |
| 23872865 | + | Mass Tiny Homes, 2269 Lyell Avenue, Suite 103 1022, Rochestery, NY 14606-5723 |
| 23871056 | + | Matthew David Wells and Cassandra Sue Wells, 10309 Riverbank Ter, Bradenton, FL 34212-5256 |
| 23899845 | + | Melanie Myers, 104 Marvin Ct, Folsom, CA 95630-5235 |
| 23895497 | + | Merle Simonsma, 8200 Dressage Way, Sacramento, CA 95829-6510 |
| 23898872 | + | Michael Sontag and Kathryn Fox, 1518 Verdi St., Alameda, CA 94501-3432 |
| 23871035 | + | NE Homes Inc, Kyle Seyboth, Giuseppe Pagnani, 969 Waterman Avenue, East Providence, RI 02914-1342 |
| 23883419 | + | NE Tiny Homes, Inc., 969 Waterman Avenue, East Providence, RI 02914-1342 |
| 23901745 | + | Naomi Kilmartin, 4768 Lucchesi Ct, Oakley, CA 94561-4158 |
| 23900670 | + | Noel Rohland, 3204 Cumbrian Ct, Walnut Creek, CA 94598-4014 |
| 23894105 | + | Oanh Nguyen, 432 Fenley Ave, San Jose, CA 95117-1621 |
| 23871688 | + | Panik Earle Ventures LLC, 2854 Holiday Pines Rd, Traverse City, MI 49686-3862 |
| 23871694 | + | Paul And Tracy Abernathy, 519 Sunset Strip Court, Belmont, NC 28012-8868 |
| 23903381 | + | Paul Cardoso, 36324 Shorehaven Pl, Newark, CA 94560-2155 |
| 23839472 | + | Payyourren, 8383 Wilshire Blvd Ste 906, Beverly Hills CA 90211-2443 |
| 23876466 | + | Pulfrey Enterprises, LLC, 56 Elmwood Blvd N, Elgin, SC 29045-8201 |
| 23847954 | + | Renee L. Gise, 2311 Carlsbad Ave, Sacramento CA 95821-4712 |
| 23861020 | + | Rett Clevenger, 3240 BIG SPRUCE WAY, 3240 BIG SPRUCE WAY, PARK CITY, UT 84098-5359 |
| 23898879 | + | Roger Sha, 18640 Corte Bautista, Morgan Hill, CA 95037-8502 |
| 23875539 | + | SQFT Solutions LLC, 1544 SE 41st Loop, Hillsboro, OR 97123-7541 |
| 23877802 | + | SanCo Builders, PO Box 4, Farmington, UT 84025-0004 |
| 23898875 | + | Sarah Shuman, 8719 Bunting Ct, Orangevale, CA 95662-2424 |
| 23837904 | + | Sean Robinson, 10057 Red Tail Hawk Way, Sacramento, CA 95829-9565 |
| 23860079 | + | Seth Lane, 1425 Forest Marsh Drive, Neptune Beach, FL 32266-6405 |
| 23837865 | | Shirley Tang, 2847 San Luis Ct, Sacramento, CA 95818-3348 |
| 23901751 | + | Shrinivas Potnuru, 3088 Wilkins Ln, Tracy, CA 95377-8632 |
| 23911444 | + | Silvia Camacho-Pindeda, 7334 Tilden Way, Sacramento, CA 95822-4908 |
| 23868935 | + | Stout Legacies Inc., 7663 S. Emerson Circle, Centennial, CO 80122-3076 |
| 23898975 | + | Sue Hunter, 6557 Ashton Ct, Granite Bay, CA 95746-6274 |
| 23884392 | + | Sure And Steadfast Homes, Inc., 820 W Danforth Rd, PMB 602, Edmond, OK 73003-5006 |
| 23898995 | + | Suzy Finn, 4330 Slodusty Road, Garden Valley, CA 95633-9222 |
| 23860069 | + | Tanya & Jeff Mills, 4023 Burke Ave N, 4023 Burke Ave N, Seattle, WA 98103-8317 |
| 23839474 | + | The Girvin Revocable Trust, Patricia K Girvin, 9566 Sun Poppy Way, El Dorado Hills CA 95762-5016 |
| 23894107 | + | The Next Tiny Thing, LLC, 3706 Highway 83, Good Hope, GA 30641-2408 |
| 23888764 | + | Todd Greer & Charlotte Greer, 2015 21st St., Unit C, Boulder, CO 80302-4730 |
| 23889261 | + | Tracy Kennedy, 844 Casanova Drive, San Leandro, CA 94578-4207 |
| 23899843 | + | Voleah Goy Chap Taing, 5160 Riverside Blvd, Sacramento, CA 95822-1762 |
| 23915653 | + | jacki j zuvella, 170 Awali Ave, Auburn, CA 95603-5402 |

TOTAL: 95

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: eangello@dnlc.net | | |
| | | | Feb 25 2025 02:11:00 | J. Russell Cunningham, 1830 15th St, Sacramento, CA 95811-6649 |
| aty | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | | |
| | | | Feb 25 2025 02:12:00 | Jason M. Blumberg, 501 I St #7-500, Sacramento, CA 95814-7304 |
| aty | | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | | Feb 25 2025 02:11:00 | Dane W. Exnowski, McCalla Raymer Leibert |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Pierce, LLP, 301 E. Ocean Boulevard, Suite 1720, Long Beach, CA 90802 |
| tr | | + | EDI: FLLBAKKEN | Feb 25 2025 06:29:00 | Loris L Bakken, 2715 W. Kettleman Ln., Ste 203-334, Lodi, CA 95242-9398 |
| smg | | | EDI: EDD.COM | Feb 25 2025 06:29:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| acc | | + | Email/Text: jcrom@bachcrom.com | Feb 25 2025 02:12:00 | Bachecki, Crom & Co. LLP, 400 Oyster Point Blvd #106, South San Francisco, CA 94080-1917 |
| 23839465 | | + | Email/Text: e-bankruptcy@americafirst.com | Feb 25 2025 02:12:00 | America First Credit U, 1344 W 4675 S, Riverdale UT 84405-3690 |
| 23839467 | | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 04:29:30 | Amex, P O Box 7871, Fort Lauderdale FL 33329 |
| 23839468 | | + | Email/Text: EBNBKNOT@ford.com | Feb 25 2025 02:12:00 | Frd Motor Cr, Pob 542000, Omaha NE 68154-8000 |
| 23839470 | | + | EDI: PHINAMERI.COM | Feb 25 2025 06:29:00 | Gm Financial, 4001 Embarcadaro, Arlington TX 76014-4106 |
| 23839471 | | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2025 02:11:00 | Nstar Cooper, 350 Highland Drive, Lewisville TX 75067-4488 |
| 23897227 | | + | Email/Text: BNCnotices@bblawpllc.com | Feb 25 2025 02:11:00 | Samson MCA LLC, 1545 Rte 202, Suite 101, Pomona, NY 10970-2951 |
| 23839475 | | + | Email/Text: bankruptcynotices@sba.gov | Feb 25 2025 02:11:00 | U S Small Business Administration, Attn District Counsel, 455 Market Street Ste 600, San Francisco CA 94105-5472 |
| 23839476 | | + | EDI: LCIUPSTART | Feb 25 2025 06:29:00 | Upstart Netw, Po Box 61203, Palo Alto CA 94306-6203 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Ally Financial c/o AIS Portfolio service LLC |
| intp | | AmeriCredit Financial Services, Inc. dba GM Financ |
| intp | | Anchor Tiny Homes |
| intp | | David Coats |
| intp | | David McAllister |
| intp | | Ford Motor Credit Company, LLC c/o AIS Portfolio S |
| intp | | Jeanne Carroll |
| intp | | Jennifer Wong |
| intp | | Linda Tamburri |
| intp | | N/A N/A |
| intp | | Raffi Khatchadourian |
| intp | | Shannon Norris |
| intp | | Stephen Reynolds |
| 23872275 | *+ | Frank N. White, Arnall Golden Gregory LLP, 171 17th Street NW, Suite 2100, Atlanta, GA 30363-1031 |
| aty | ##+ | Stephen M. Reynolds, 424 2nd St #A, Davis, CA 95616-4675 |
| 23839473 | ##+ | Sst, 7841 Rolling Rd Ste D, Springfield VA 22153-2838 |

TOTAL: 13 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025  Signature:  /s/Gustava Winters



UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

# NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

**Case Number:** 24–24588 – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Colton Scott Paulhus
xxx–xx–4425

PO Box 15017
Turnwater, WA 98511

**Deadline to File a Proof of Claim:**

Proof of Claim must be received by the Bankruptcy Clerk's Office by **5/27/25**

**NOTICE IS HEREBY GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. The trustee has now notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before 5/27/25 unless otherwise provided by statute or rule. Claims that are not filed by the date indicated above might not be paid. Any creditor who has already filed a Proof of Claim in this case need not file another.

To File a Proof of Claim:

- Creditors who do not have a CM/ECF login and password, may use the Electronic Proof of Claim Program on our website. A Proof of Claim form will be automatically created from the data you enter. Supplemental documentation to the claim may be attached; however, please do not attach any additional Proof of Claim forms. Instructions can be found on our website under "Information for Creditors."
- Creditors who have a CM/ECF login and password, should use CM/ECF to file a Proof of Claim in PDF format.
- Creditors who wish to print a Proof of Claim form and file it with the Clerk at the address shown above or through the mail, can find Official Form 410 Proof of Claim form at our website under "Information for Creditors" or may obtain it at any bankruptcy clerk's office. To receive an endorsed copy of your Proof of Claim when you file it with the Clerk at the address shown above, please provide the original Proof of Claim form and a photocopy. If you are filing your Proof of Claim form through the mail, enclose a photocopy along with your original Proof of Claim form and a stamped, self–addressed envelope.

There is no fee for filing a Proof of Claim.

Dated:
2/24/25

For the Court,
Wayne Blackwelder , Clerk