**2**

**J. RUSSELL CUNNINGHAM, SBN 130578**
**TALVINDER S. BAMBHRA, SBN 230907**
**BENJAMIN C. TAGERT, SBN 330242**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Loris L. Bakken
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

|  |  |
|---|---|
| In re:<br><br>COLTON SCOTT PAULHUS,<br><br>Debtor. | Case No. 24-24588-B-7<br>Chapter 7<br><br>DNL-7 |

### APPLICATION FOR AUTHORITY TO ISSUE FRBP 2004 DISCOVERY

Loris L. Bakken ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of COLTON PAULHUS ("Debtor"), hereby applies for applies for an order authorizing issuance of discovery per Federal Rule of Bankruptcy Procedure 2004 ("FRBP 2004") to the following entities (collectively, "Respondents"): GOOGLE, LLC ("Google"); MICROSOFT CORPORATION ("Microsoft"); YAKCHAT LTD. ("Yakchat"); and FOXIT SOFTWARE INCORPORATED ("Foxit"). In support thereof, the Trustee respectfully submits the following:

///

///

///

1

**BACKGROUND FACTS**

1. On October 11, 2024, the above-captioned bankruptcy case was commenced on behalf of the Debtor by the filing of a voluntary Chapter 7 petition, schedules and statement of financial affairs.

2. The Debtor is one of three principals for Anchored Tiny Homes, Inc., and various affiliated entities (collectively, "ATH Entities"), a collection of shuttered homebuilding business at the center of at least seven lawsuits disclosed in the SOFA.

3. The Debtor has testified that the ATH Entities maintained the books and records, including contracts and invoicing, on third-party cloud-based servers.

4. In response to a subpoena, MISSION IT SOLUTIONS ("Mission"), the IT consultant and service provider for the ATH Entities, advised that it maintained licenses with the Respondents on behalf of same for the following services: web and data hosting, including maintenance of the domain anchoredtinyhomes.com; business data hosting; business communications; and document editing. The Debtor has testified that the ATH Entities and principals lost access to all data and documentation that was maintained with these third-parties. Mission has advised that it does not have access either since the licenses have not been maintained for nonpayment.

**BASIS FOR RELIEF**

Pursuant to, and to the extent allowed by, FRBP 2004, the Trustee seeks authority to issue discovery to the Respondents. Based on the above, an order authorizing the discovery is proper under FRBP 2004 because such discovery relates to the acts, conduct, and property of the Debtor and the bankruptcy estate and affects the administration of the estate. The order will help the Trustee to identify assets and evaluate litigation rights, to include potential breach of fiduciary duty and transfer avoidance claims.

Dated: April 15, 2025

DESMOND, NOLAN, LIVAICH, & CUNNINGHAM

By: /s/ BENJAMIN C. TAGERT
_____
**BENJAMIN C. TAGERT**
Attorneys for Loris L. Bakken
Chapter 7 Trustee