UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re  )
Colton Scott Paulhus  )
  )  Case No. 24-24588-B-7
  )
_____Debtor(s)._____  )  AMENDMENT COVER SHEET

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- ☐ Petition
- ☐ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☑ Schedules (check appropriate boxes).
  ☐ A/B  ☑ C  ☐ D  ☐ E/F  ☐ G  ☐ H  ☐ I  ☐ J
- ☑ Summary of Schedules of Assets and Liabilities
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders

**A fee of $31 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: June 19, 2025     Attorney's or *Pro Se* Debtor's Signature: _____
                         Printed Name: Stephen M Reynolds

DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of __5__ pages, is true and correct.

Dated: June 19, 2025                              Dated:
_____                   _____
Debtor's Signature                                Joint Debtor's Signature

**INSTRUCTIONS**

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. **Notice of the amendment will not be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." *(NOTE: No personal checks will be accepted.)*

Form EDC 2-015, Rev. 5/1/17

**Fill in this information to identify your case:**

Debtor 1: Colton Scott Paulhus
First Name     Middle Name     Last Name

Debtor 2: _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Eastern District of California

Case number: 24-24588
(If known)

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*..............................................................  $1,872,000.00
   1b. Copy line 62, Total personal property, from *Schedule A/B*....................................................  $274,552.50
   1c. Copy line 63, Total of all property on *Schedule A/B*..............................................................  $2,146,552.50

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............  $3,601,960.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ...........................  $0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................  + $116,857.19

   **Your total liabilities**  $3,718,817.19

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ..................................................................  $0.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ..........................................................................  $8,739.00

| Part 4: | Answer These Questions for Administrative and Statistical Records |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case:**

Debtor 1: Colton Scott Paulhus
First Name   Middle Name   Last Name

Debtor 2:
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of California

Case number: 24-24588
(If known)

☑ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt     4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 117 Johnston Court  Cp<br>Line from *Schedule A/B*: 1.1 | $750,000.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(1) |
| Brief description: 730 Wilson<br>Line from *Schedule A/B*: 1.3 | $375,000.00 | ☑ $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Household Goods - household goods, furniture, appliances<br>Line from *Schedule A/B*: 6 | $5,250.00 | ☑ $5,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(3) |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics - TV, two computers, phones, hand held devices<br>Line from Schedule A/B: 7 | $2,400.00 | ☑ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(3) |
| Brief description: Collectibles Of Value - books, prints<br>Line from Schedule A/B: 8 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(3) |
| Brief description: Sports & Hobby Equipment - two bicycle, treadmill, exercise equipment<br>Line from Schedule A/B: 9 | $450.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(3) |
| Brief description: Clothing - clothing<br>Line from Schedule A/B: 11 | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(3) |
| Brief description: Jewelry - wedding, costume<br>Line from Schedule A/B: 12 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(4) |
| Brief description: cash on hand (Cash on Hand)<br>Line from Schedule A/B: 16 | $1,400.00 | ☑ $1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Golden One CU checking & savings, spouse account XX3988,9142 (Checking Account)<br>Line from Schedule A/B: 17.1 | $1,285.00 | ☑ $1,285.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: U.S. Bank checking XXXX6427, joint with spouse (Checking Account)<br>Line from Schedule A/B: 17.2 | $1.50 | ☑ $1.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Anchored Solar LLC<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Anchored Tiny Homes Incorporated<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Anchored Tiny Homes Franchising<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Anchored Plumbing<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Anchored Construction, LLC<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Paulhus Group Incorporated<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Anchored Tiny Homes IP, LLC<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: More Fit Incorporated (forfeited FTB)<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Anchored Rentals LLC (terminated, cancellation filed)<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Anchored Energy Inc. (dissolved)<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Anchored Dealer Services LLC (terminated, cancellation filed)<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Anchored Companies<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Help Builder LLC<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description: Athletes Entourage (Merged with More Fit 11/16)<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(8) |
| Brief description: Anchored Buildings (terminated, dissolution filed)<br>Line from Schedule A/B: 19 | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 703.140 (b)(5) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |