**2**

J. RUSSELL CUNNINGHAM, SBN 130578
TALVINDER S. BAMBHRA, SBN 230907
BENJAMIN C. TAGERT, SBN 330242
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Loris L. Bakken
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>COLTON SCOTT PAULHUS,<br><br>Debtor. | Case No. 24-24588-B-7<br>Chapter 7<br><br>DNL-9 |

### NOTICE OF ENTRY OF ORDER

NOTICE IS HEREBY GIVEN that the above-entitled court duly made and entered an ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARE on October 22, 2025, a copy of which is attached hereto and incorporated herein.

Dated: October 27, 2025         **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

                                By:  /s/  J. RUSSELL CUNNINGHAM
                                    **J. RUSSELL CUNNINGHAM**
                                    Attorneys for Loris L. Bakken
                                    Chapter 7 Trustee

1

J. RUSSELL CUNNINGHAM, SBN 130578
TALVINDER S. BAMBHRA, SBN 230907
BENJAMIN C. TAGERT, SBN 330242
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Loris L. Bakken
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>COLTON SCOTT PAULHUS,<br><br>Debtor. | Case No. 24-24588-B-7<br>Chapter 7<br><br>DNL-9 |

### ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE

Upon review of the stipulation of LORIS L. BAKKEN ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of COLTON SCOTT PAULHUS ("Debtor"), and the Debtor, and good cause appearing therefore,

**IT IS ORDERED** that the deadline to object to discharge shall be extended to January 19, 2026, as to the Trustee and UNITED STATES TRUSTEE.

**Dated:** October 22, 2025

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

1